

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause Number:     01-18-01037-CV

Trial Court Cause
Number:     18-DCV-250022

Style:     Joseph Andrew Beach

v. Christine Nicole Beach

Date motion filed[*]:     December 30, 2019

Type of motion:     Motion for Rehearing

Party filing motion:     Appellant

Document to be filed:     N/A

Is appeal accelerated? ☐ YES     ☒ NO

Ordered that motion is:

☐ Granted

☒ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☐ Other: _____

Judge's signature: /s/ Sarah Beth Landau
                 ☑ Acting for the Court

Panel consists of Chief Justice Radack, Justice Landau, and Justice Hightower

Date: April 28, 2020